# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00081-CR

**Ray Joiner, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 14,794, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING**

---

## ORDER FOR CLERK TO PROVIDE APPELLATE RECORD TO APPELLANT

**PER CURIAM**

Appellant Ray Joiner, Jr. appeals his convictions for unlawful possession of a firearm and aggravated assault. *See* Tex. Penal Code §§ 46.04, 22.02. Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has represented to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, — S.W.3d —, No. PD-0702-13, 2014 WL 2865901, at *4 (Tex. Crim. App. June 25, 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted. **We hereby direct the clerk of the trial court** to provide a paper copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, **on or before August 1, 2014**. *See Kelly*, — S.W.3d —, 2014 WL 2865901, at *4.

It is so ordered on **July 22, 2014**.

Before Chief Justice Jones, Justices Rose and Goodwin

Do Not Publish